

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00482-CV

**CRVI RIVERWALK HOSPITALITY, LLC,**
Appellant

v.

**425 SOLEDAD, LTD.** and 425 Loneliness, Ltd.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-20826
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we REVERSE the June 29, 2020 final judgment for appellee 425 Loneliness, Ltd. on its declaratory judgment claim, the trial court's ordering appellant CRVI Riverwalk Hospitality, LLC take nothing on its declaratory judgment claim, and its order that appellant CRVI Riverwalk Hospitality, LLC comply with the terms of the Parking Agreement. We RENDER judgment for appellant CRVI Riverwalk Hospitality, LLC on its declaratory judgment claim and declare the Parking Agreement is void as to appellant CRVI Riverwalk Hospitality, LLC.

We REVERSE the trial court's judgment for 425 Loneliness in the amount of $364,296.96 in attorney's fees and other conditional appellate attorney's fees and REMAND the case to the trial court to reconsider what award of attorney's fees, if any, are appropriate.

The final judgment is otherwise AFFIRMED.

SIGNED August 10, 2022.

_____
Luz Elena D. Chapa, Justice